# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **REBECCA and JUSTIN DADISMAN**, as Parents and Natural Guardians of B.D. DOE, a minor,<br><br>           *Plaintiffs,*<br><br>v.<br><br>**PETTISVILLE LOCAL SCHOOLS, KEN BOYER, JASON WALDVOGEL, TORI JORDAN, and ERINN THOMPSON, and DOES 1 – 20, inclusive,**<br><br>           *Defendants.* | Case No. 3:22-cv-00297<br><br>**MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

**TO THE HONORABLE JUDGE OF THIS COURT:**

**NOW COMES** Keith Altman, Esq., pursuant to Local Civil Rule 83.5(h) of the United States District Court, Northern District of Ohio, to respectfully submit this Motion for Admission *Pro Hac* Vice to represent Plaintiffs in this case and hereby states the following:

1. I am an active member in good standing of the bars of Michigan and California. Michigan State Bar No. P81702. California State Bar No. 257309. A true and correct copy of a certificate of good standing

from the Michigan State Bar dated March 22, 2022, is attached to this application.

2. I request admission *pro hac vice* to appear for all purposes as counsel for the Plaintiffs in this case.

3. My contact information of record is The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, Michigan 48334, (248) 987-8929, keithaltman@kaltmanlaw.com.

4. Once admitted, I am prepared to register with this Court through the CM/ECF system.

5. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

6. I have never received any reprimand from any court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

7. With the filing of this Motion, I paid of requisite the *pro hac vice* admission fee of $120.00.

//

Date: April 11, 2022　　　　　　　Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com


*/s/ Solomon M. Radner*
Solomon M. Radner, Esq.
Michigan Bar No. P73653
Admitted in Northern District of Ohio
17515 W Nine Mile Rd, Suite 1175
Southfield, MI 48075
Telephone: (877) 723-6375
Solomon@Radnerlawgroup.com


**IT IS SO ORDERED.**


Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　United States District/Magistrate Judge