# EXHIBIT 1

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: April 04, 2022

_____
Clerk

