IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

,                                                                            Case No.

                    Plaintiff,        REPORT OF PARTIES'
                                            PLANNING MEETING
      -vs-                              JUDGE

,

                    Defendant.

      1.      Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on

_____, and was attended by:

_____ Counsel for Plaintiff(s)

_____ Counsel for Defendant(s)

      2.      The parties:

      _____      Have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the Court's prior order; or

      _____      Will exchange such disclosures by

      3.      The parties recommend the following track:

      _____ Expedited     _____ Standard     _____ Complex

      _____ Administrative     _____ Mass Tort

      4.      This case _____ is / _____ is not suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

      _____ Early Neutral Evaluation     _____ Mediation     _____ Arbitration

      _____ Summary Jury Trial     _____ Summary Bench Trial

      5.      The parties _____ do / _____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636(c).

If you are consenting to the jurisdiction of the United States Magistrate Judge, please contact the Judge's Chambers (419-213-5690) prior to the Case Management Conference.  A Consent to the Exercise of Jurisdiction will then be issued for signature by all parties and the case will be sent to the Magistrate Judge for the Case Management Conference and all further proceedings.

6. The parties agree that this case _____ does / _____ does not involve electronic discovery.

7. Recommended Discovery Plan (Counsel are reminded to review the default standard for e-discovery set forth in Appendix K to the Local Rules):

(a) Describe the subjects on which discovery is to be sought, the nature and extent of discovery and any potential problems: _____

_____

_____

(b) Describe anticipated e-discovery issues (i.e., what ESI is available and where it resides; ease/difficulty and cost of producing information; schedule and format of production; preservation of information; agreements about privilege or work-production protection, etc.):

_____

_____

_____

(c) Describe handling of expert discovery (i.e., timetable for disclosure of names and exchange of reports, depositions): _____

_____

_____

(d) Discovery Deadlines:

      (i) Liability: _____

      (ii) Damages: _____

8. Recommended dispositive motion date:  _____

9. Recommended cut-off for amending the pleadings and/or adding additional parties: _____

10. Recommended date for status hearing and/or final pretrial settlement conference:

_____

11. Other matters for the attention of the Court: _____

_____

_____

_____Attorney for Plaintiffs: s/_____

_____Attorney for Defendants: s/_____