AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| REBECCA DADISMAN, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:22-cv-00297 |
| PETTISVILLE LOCAL SCHOOL DISTRICT, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pettisville Local School Dist. Bd. of Ed., Ken Boyer, Jason Waldvogel, Tori Jordan and Erinn Thompson.

Date: 06/06/2022

/s/William M. Deters II
*Attorney's signature*

William M. Deters II 0065203
*Printed name and bar number*
1714 W. Galbraith Rd.
Cincinnati OH 45239

*Address*

wmdeters@ennisbritton.com
*E-mail address*

(513) 421-2540
*Telephone number*

(513) 562-4986
*FAX number*