UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rebecca Dadisman, et al.,

                Plaintiffs,                Case No. 3:22-cv-297

-vs-

                                          CASE MANAGEMENT
                                          CONFERENCE ORDER

Pettisville Local Schools Board of Education, et al.,

                Defendant.

The case management conference was conducted on July 18, 2022. After consultation with the parties and counsel, the Court determined that this case will proceed on the standard track. At the parties' request, this case is stayed pending further order of the court as the parties attempt to mediate this case. By October 15, 2022, the parties shall file either a joint status report or a notice of dismissal.

It is So Ordered.

                                                                  s/ Jeffrey J. Helmick
                                                           United States District Judge