UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **REBECCA DADISMAN,** *et al.,* | : | CASE NO. 3:22-cv-00297 |
| | : | |
| **Plaintiffs,** | : | **JUDGE JEFFREY J. HELMICK** |
| | : | |
| v. | : | **MAG. JUDGE DARRELL A. CLAY** |
| | : | |
| **PETTISVILLE LOCAL SCHOOL DISTRICT BOARD OF EDUCATION,** *et al.,* | : | **JOINT STATUS REPORT OF THE PARTIES** |
| | : | |
| **Defendants.** | : | |
| | : | |

Plaintiffs and Defendants, by and through counsel, and pursuant to the Court's July 19, 2022 Order of Case Management Conference submit this status report.

To date, the parties have exchanged initial disclosures. Plaintiffs forwarded their mediation statement on August 17, 2022. Defendants have not provided a mediation statement to date. Defendants provide that they have prepared a mediation statement that will be shared following the selection/appointment of a mediator. Plaintiff has proceeded with the good faith intention of mediating the current claim. Defendants have communicated to Plaintiff that mediation will not be beneficial as the parties can not come together on a mutually agreeable outcome.

The parties entertained informal settlement discussions that have not been fruitful. The parties request that the Court allow the parties to proceed with discovery and set a trial date.

Respectfully submitted,

THE LAW OFFICE OF KEITH ALTMAN

*/s/ Keith Altman*
Keith Altman (P81702)

1

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiffs*


/s/William M. Deters II
William M. Deters II (0065203)
Robert J. McBride (0065422)
ENNIS BRITTON CO., L.P.A.
1714 W. Galbraith Road
Cincinnati OH 45239
Telephone: 513.421.2540
Facsimile: 513.562.4986
Email: wmdeters@ennisbritton.com
Email: rmcbride@ennisbritton.com
Attorneys for Defendants
Pettisville Local School District Board of Education, *et al.*