UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **REBECCA DADISMAN**, *et al.*, | : | CASE NO. 3:22-cv-00297 |
| **Plaintiffs,** | : | JUDGE JEFFREY J. HELMICK |
| v. | : | MAG. JUDGE DARRELL A. CLAY |
| **PETTISVILLE LOCAL SCHOOL DISTRICT BOARD OF EDUCATION**, *et al.*, | : | |
| **Defendants.** | : | |

## PLAINTIFFS' PROPOSED SCHEDULING ORDER

Plaintiffs by and through counsel, and pursuant to the Court's November 4, 2022, Order submit this Proposed Scheduling Order. Plaintiffs attempted to meet and confer with Defendants' attorneys several times without a response.

I. Amendments:

    a. Deadline for motions to add parties: February 1, 2023

    b. Deadline for motions to amend pleadings: February 1, 2023

II. Expert Witnesses

    a. Plaintiff's Expert Witness Disclosure: April 1, 2023

    b. Defendants' Expert Witness Disclosure: May 1, 2023

    c. Plaintiff Rebuttal to Expert Witness Disclosure: May 15, 2023

III. Discovery Deadline: July 1, 2023

IV. Dispositive Motion Deadline: August 15, 2023

V. Final Pretrial Conference: To be set by the Court.

November 14, 2022                    Respectfully submitted,

*/s/ Keith Altman*
Keith Altman (P81702)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiffs*