UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rebecca Dadisman, et al.,

                    Plaintiffs,              Case No. 3:22-cv-297

     -vs-

                                           ORDER

Pettisville Local Schools
Board of Education, et al.,

                    Defendant.

1. In accordance with my November 4, 2022 Order, the parties have submitted a joint status report proposing mutually agreeable deadlines. (Doc. No. 13). After reviewing the report, I set the following Case Management Plan that will govern this litigation.

2. As I ordered previously, this case will proceed on the standard track. (Doc. No. 11).

3. Deadline for amending pleadings and adding parties: February 1, 2023

4. Deadlines for Discovery:

    a. Fact discovery: July 1, 2023

    b. Expert discovery: July 1, 2023

    c. Plaintiffs' expert disclosure and reports: April 1, 2023

    d. Defendants' expert disclosure and reports: May 1, 2023

    e. Plaintiffs' rebuttal to expert disclosure and reports: May 15, 2023

5. Telephone status conference (Counsel to call the bridge line at 877-411-9748, access code 1231873.): March 17, 2023 at 10:30 AM.

6. Discovery disputes: No motion relating to discovery may be filed unless the parties, as required by Local Rule 37.1, have undertaken in good faith to resolve discovery disputes. If counsel cannot resolve a discovery dispute despite their good faith efforts, they should email me a joint letter (Helmick_Chambers@ohnd.uscourts.gov) summarizing the nature of the dispute and the efforts to resolve it. After I review the submission, my chambers will contact counsel regarding next steps toward resolution.

7. Inadvertent Disclosure: Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

8. Unless the parties are able to agree to an alternate method for discovery of electronically-stored information, they shall follow the default standard for such discovery (Appendix K to the N.D. Ohio Local Rules).

9. Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions.

10. As I stated during the November 3, 2022 telephone conference, I decline to set a dispositive motion briefing schedule at this time. Should the parties seek to file dispositive motions, I will set a briefing schedule during a future conference.

11. Plaintiffs to provide Defendants with a written updated settlement demand by March 1, 2023; Defendants to meaningfully respond, in writing, by March 16, 2023.

It is So Ordered.

 s/ Jeffrey J. Helmick
United States District Judge