UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rebecca Dadisman, et al.,                          Case No. 3:22-cv-297

         Plaintiffs,

v.                                                           ORDER

Pettisville Local Schools
Board of Education, et al.,

         Defendants.

On June 1, 2023, I conducted a telephone status conference. Pursuant to the discussion, I hereby order the following:

1.) The discovery deadline is extended to October 1, 2023;

2.) The matter is referred to Magistrate Judge Darrell A. Clay for a settlement conference to be conducted at the convenience of the court and the parties in August or September 2023; and

3.) All discovery necessary to participate in a successful mediation shall be completed prior to the date of the settlement conference.

Another telephone conference is scheduled for October 4, 2023, at 11:30 a.m. with counsel to call the bridge line at 877-411-9748, access code 1231873. But if the mediation is successful, I will vacate this conference.

     So Ordered.

                                                   s/ Jeffrey J. Helmick
                                                   United States District Judge